# UNITED STATES DISTRICT COURT
for the

_____ District of _NEVADA_____

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:17-mj-00291-VCF |
| _ESAU TOVAR-PARTIDA_____ | ) |
| *Defendant* | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Souther District of California | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __April 10, 2017__

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
         COUNSEL/PARTIES OF RECORD

            APR 10 2017

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```